# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWEL JENSON, Individually and as Administratrix of the Estate of JOSHUA CORREA, deceased, and CYNTHIA BATES, | : : : : : | No. 3:19cv515 (Judge Munley) |
| Plaintiffs | : : | |
| v. | : : : | |
| BRETT ST. LOUIS and POWER PALLET, INC., | : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 9th day of August 2019, the defendants' motion to dismiss (Doc. 4) is **GRANTED** in part and **DENIED** in part. It is granted with respect to Count V, negligent infliction of emotion distress and that cause of action is dismissed from the case, and Plaintiff Cynthia Bates is dismissed from this case  The motion is denied in all other respects.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**